UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:10-cv-00491

Name of party requesting extension: MITSUBISHI MOTORS NORTH AMERICA, INC.

Is this the first application for extension of time in this case?    ✓ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 10/1/2010

Number of days requested:   ✓ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 11/22/2010  *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Neil J. McNabnay
State Bar No.: 24002583
Firm Name: Fish & Richardson PC
Address: 1717 Main St.
       Suite 5000
       Dallas, Texas  75201
Phone: (214) 747-5070
Fax: (214) 747-2091
Email: mcnabnay@fr.com

A certificate of conference does not need to be filed with this unopposed application.