**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Parallel Networks, LLC, | |
|     Plaintiff, | No. 6:10-cv-491-LED |
|     v. | Jury Trial Demanded |
| Adidas America, Inc., et al. | |
|     Defendants. | |

**NOTICE OF DISMISSAL OF COMPLAINT AGAINST DEFENDANT
MITSUBISHI MOTOR SALES OF AMERICA, INC. WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1), Fed.R.Civ.P., Plaintiff Parallel Networks, LLC ("Parallel Networks") hereby serves notice upon the Court of a dismissal without prejudice of the complaint against Mitsubishi Motor Sales of America, Inc.  Mitsubishi Motor Sales of America, Inc. has not answered, and has not filed a motion for summary judgment.  Upon representation of counsel for Mitsubishi Motors North America, Inc., Mitsubishi Motor Sales of America, Inc. is not a legal entity and is not a proper entity to be sued.  Only Defendant Mitsubishi Motor Sales of America, Inc. is dismissed from this case by way of this Notice.  Mitsubishi Motors North America, Inc. remains in the case.

Dated:  October 12, 2010
                                                                        Respectfully submitted,

                                                           By:  */s/ Charles Craig Tadlock*
                                                                Charles Craig Tadlock
                                                                Texas State Bar No. 00791766
                                                                TADLOCK LAW FIRM
                                                                400 E. Royal Lane, Suite 290
                                                                Irving, Texas 75039
                                                               214-785-6014 (phone)
                                                                craig@tadlocklawfirm.com
                                                                 and

> 315 N. Broadway, Suite 307
> Tyler, Texas 75702
> 903-283-2758 (phone)
>
> George S. Bosy (*pro hac vice*)
> David R. Bennett (*pro hac vice*)
> Bosy & Bennett
> 300 N. La Salle St.
> 49th Floor
> Chicago, IL 60654
> Telephone: (312) 803-0437
> Email: gbosy@bosybennett.com
> dbennett@bosybennett.com
>
>
> ATTORNEYS FOR PLAINTIFF
> PARALLEL NETWORKS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 12th day of October, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

> */s/ Charles Craig Tadlock*
> Charles Craig Tadlock