**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Parallel Networks, LLC, | |
| Plaintiff, | No. 6:10-cv-491-LED |
| v. | Jury Trial Demanded |
| Adidas America, Inc., et al. | |
| Defendants. | |

**NOTICE OF DISMISSAL OF COMPLAINT AGAINST
DEFENDANT J. JILL GROUP, INC. WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1), Fed.R.Civ.P., Plaintiff Parallel Networks, LLC ("Parallel Networks") hereby serves notice upon the Court of a dismissal without prejudice of the complaint against J. Jill Group, Inc. J. Jill Group, Inc. has not answered, and has not filed a motion for summary judgment. Upon representation of counsel for Jill Acquisition, LLC, J. Jill Group, Inc. is not a legal entity and is not a proper entity to be sued, and that Jill Acquisition, LLC operates the website identified in the complaint. Only Defendant J. Jill Group, Inc. is dismissed from this case by way of this Notice. Jill Acquisition, LLC remains in the case.

Dated: October 13, 2010

Respectfully submitted,

By: */s/ Charles Craig Tadlock*
Charles Craig Tadlock
Texas State Bar No. 00791766
TADLOCK LAW FIRM
400 E. Royal Lane, Suite 290
Irving, Texas 75039
214-785-6014 (phone)
craig@tadlocklawfirm.com
 and

315 N. Broadway, Suite 307
Tyler, Texas 75702
903-283-2758 (phone)

George S. Bosy (*pro hac vice*)
David R. Bennett (*pro hac vice*)
Bosy & Bennett
300 N. La Salle St.
49th Floor
Chicago, IL 60654
Telephone: (312) 803-0437
Email: gbosy@bosybennett.com
       dbennett@bosybennett.com

ATTORNEYS FOR PLAINTIFF
PARALLEL NETWORKS, LLC

### CERTIFICATE OF SERVICE

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 13th day of October, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                        */s/ Charles Craig Tadlock*
                        Charles Craig Tadlock