**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| PARALLEL NETWORKS, LLC | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 6:10-CV-491 |
| | ) | |
| ADIDAS AMERICA, INC. | ) | |
| ET AL. | ) | |

**DEFENDANTS HSN INTERACTIVE LLC'S AND HSN LP'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE
OR OTHERWISE RESPOND TO COMPLAINT**

Defendants HSN Interactive LLC and HSN LP (collectively "HSN") file this Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to Complaint, and respectfully shows the Court as follows:

1. HSN's initial deadline to answer, move, or otherwise respond to the Complaint of Plaintiff Parallel Networks, LLC ("Parallel Networks") is October 21, 2010.

2. HSN requests an extension of the time to answer, move, or otherwise respond to Parallel Networks' Complaint to November 22, 2010. This request is not made for the purpose of delay, but for the purpose that justice may be done.

3. Parallel Networks is unopposed to HSN's request for a 30-day extension of the deadline to answer, move, or otherwise respond to the Complaint.

4. For these reasons, HSN requests that the Court extend its deadline to answer, move, or otherwise respond to Plaintiff's Complaint to November 22, 2010.

Respectfully submitted,

**SEYFARTH SHAW LLP**

/s/Misty C. Blair
Michael R. Levinson
Joseph R. Lanser
131 South Dearborn Street
Suite 2400
Chicago, Illinois  60603
(312) 469-5000 – Telephone
(312) 460-7000 – Facsimile
mlevinson@seyfarth.com

Misty C. Blair
State Bar No. 24029445
700 Louisiana Street, Suite 3700
Houston, Texas  77002
(713) 225-2300 – Telephone
(713) 225-2340 – Facsimile
mblair@seyfarth.com

**Attorneys for Defendants,
HSN Interactive LLP and HSN LP**

## CERTIFICATE OF SERVICE

      I hereby certify that counsel for Defendants HSN Interactive LLC and HSN LP, Joseph Lanser of Seyfarth Shaw LLP, conferred with Plaintiff's counsel, David Bennett, and Plaintiff's counsel does not oppose Defendants' request for a 30-day extension.

                                          /s/ Misty C. Blair  
                                          Misty C. Blair

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was served by ECF on this day, October 18, 2010 on all counsel of record.

                                            /s/ Misty C. Blair  
                                          Misty C. Blair

12797438v.1