# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| PARALLEL NETWORKS, LLC,<br><br>      Plaintiff,<br>  v.<br><br>ADIDAS AMERICA, INC., ADIDAS INTERACTIVE, INC., AEROPOSTALE INC., AMERICAN GIRL, LLC, AMERICAN SUZUKI MOTOR CORPORATION, ANDERSEN CORPORATION, ANDERSEN WINDOWS, INC., ASICS AMERICA CORPORATION, AT&T INC., BBY SOLUTIONS, INC., et al,<br><br>      Defendants. | Case No. 6:10-cv-491<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Robert Christopher Bunt enters his appearance in this matter as additional counsel for Defendant Victoria's Secret for the purpose of receiving notices from the Court.

7287015v1

Respectfully Submitted,

/s/ *Robert Christopher Bunt*

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: rcbunt@pbatyler.com
E-mail :charley@pbatyler.com

ATTORNEYS FOR DEFENDANT
VICTORIA'S SECRET

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 26th day of October 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT